AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| Christin B., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25cv142 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Court REVERSES the decision of the Commissioner of the Social Security Administration in this case
and REMANDS this case to the Commissioner of the Social Security

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:  ___4/30/2025_____

*CLERK OF COURT*

_____
s/Jennifer Kacsor
*Signature of Clerk or Deputy Clerk*